UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

United States District Court
Southern District of Texas
FILED

MAR 1 8 2015

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NUMBER: |
| ELMER RAY BOOKER | § § | **15 CR 1 5 8** |

## INDICTMENT

THE FEDERAL GRAND JURY CHARGES THAT:

At all times material to this Indictment:

1. The International Longshoremen's Association, Local 1530, was a labor organization within the meaning of 29 U.S.C. §§ 402(i) and (j), engaged in an industry affecting commerce.

2. Elmer Ray Booker was an officer of the International Longshoremen's Association, Local 1530, serving as the Financial Secretary from January 2012 through December 2013.

## COUNT ONE

(Embezzlement and Theft of Labor Union Assets - 29 U.S.C. §501(c))

From on or about January 26, 2012 to November 20, 2013, within the Houston Division of the Southern District of Texas,

**ELMER RAY BOOKER**

1

the defendant, while an officer, that is, Financial Secretary of the International Longshoremen's Association, Local 1530, a labor organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and willfully abstract and convert to his own use and the use of another the moneys, funds, securities, property, and other assets of said labor organization in the approximate amount of $42,000.00.

In violation of Title 29, United States Code, Section 501(c)

A True Bill:

Original Signature on File

Foreperson of the Grand Jury

Kenneth Magidson,
United States Attorney,
Southern District of Texas

By: _____
Glenn Cook,
Assistant United States Attorney
(713) 567-9559